METROPOLITAN FUEL DISTRIBUTORS, INC., et al., Respondents, *v.* THORNE, NEALE AND COMPANY, Appellant.

Submitted April 19, 1949; decided May 26, 1949.

*Joseph F. Murray* and *James E. Kelliher* for appellant.

*J. Irwin Shapiro, Leo Kotler* and *Samuel L. Brennglass* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.